## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| CYNTHIA JORDAN, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 5:23-CV-449 (LAG) |
| | : | |
| SANOFI-AVENTIS U.S. LLC, | : | |
| | : | |
|    Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Notice of Pending Settlement and Request to Stay Proceedings (Motion). (Docs. 22, 23). Therein, the Parties represent that they "are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation." (*Id.*). Thus, the Parties request that the Court "vacate all pending deadlines and stay this matter for six months, through and including October 25, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due." (*Id.*). For good cause shown, the Parties' Motion (Docs. 22, 23) is **GRANTED**. Accordingly, all deadlines and proceedings in this matter are **STAYED** pending the finalizing of the Master Settlement Agreement. The Parties are **ORDERED** to file a status update within **fourteen (14) days** of finalizing the Master Settlement Agreement or by **Friday, October 25, 2024**, whichever occurs first. If a settlement is not reached, the status update shall include a proposed scheduling order.

     **SO ORDERED**, this 7th day of June, 2024.

                                            /s/ Leslie A. Gardner
                                            **LESLIE A. GARDNER, JUDGE**
                                            **UNITED STATES DISTRICT COURT**